UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

George Sepulveda,
v.
United States of America CA. No. 00-624 ML

Motion to Alter Judgement
pursuant to F.R.Civ.P 59(E)

Now come, George Sepulveda, prose in A motion to Alter Judgement And Transfer Motion 60 (b) to the Court of Appeals As A Successive § 2255 Motion for the following reasons:

1. Petitioner filed his 60 (b) Motion April 2004.

2. Petitioner recieved (2) pieces of Newly discovered Evidence on the following dates (A) Affidavit from Attorney Edward F. St. Onge on Oct. 31, 2003, Explaining the procedure for the Fed. Bureau of Census And the $29,000.00 price for it, which was needed to get the statistics for A fair Cross section of the Community claim to establish under-representation of A distinctive group or that the distinctive group was Excluded. (B) The Statistical information which was recieved in Aug. 2003 to prove the Underrepresentation And or Exclusion.

3. Petitioner could not raise the violation of the fair Cross section of the Community claim to Establish underrepresentation or Exclusion BECAUSE the statistical proof required WAS

Not Available until AFTER the one year deadline expired under the AEDPA for the initial § 2255. Petitioner furthermore did not have the $29,000.00 to pay for the census data. Without the data the claim would have been "MERE GUESSWORK" as stated by the First Circuit Court of Appeals. See LARA 181 F3d at 192.

4. Without a transfer petitioner would be barred from raising a successive 2255 motion due to time restrictions.

Therefore, "A District court, faced with an unapproved second or successive habeas petition, must either dismiss it or transfer it to the appropriate court of Appeals" See Barrett, 178 F3d 41 N.1, quoting Pratt v. US 129 F3d 54 (1 cir 97)

Conclusion

Petitioner prays this Honorable Court transfer the 60(b) Motion as a successive 2255 request to deal with the statute of limitation problems so that this Newly discovered Evidence can be heard

Respectfully Submitted
[signature]
Pro-se

date 8.19.05



cc.
File