**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**George Sepulveda**

**V.** **CA. 00-624ML**

**United States of America**

**ORDER**

**Pursuant to the Plaintiff's Motion to Alter Judgment which was filed on August 25, 2005, the Government is hereby ordered to respond to said Motion on or before October 9, 2005.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**September** 15 **, 2005**

**ENTERED as an Order of this Court on September** 16 **,2005.**

Barbara Barletta

**Deputy Clerk**