**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GEORGE SEPULVEDA<br>Defendant-Petitioner, | : | |
| | : | CA. No. 00-0624ML |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA,<br>Respondent. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente for the District of Rhode Island, and Gerard B. Sullivan, Assistant United States Attorney, and hereby respectfully moves that this court extend the time period during which the government must respond to the petition to November 7, 2005. For grounds, the undersigned Assistant United States Attorney states that the request is due to delays in retrieving the necessary documents from storage.

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar No. 3134

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of October, 2005, a copy of the within Government's Motion for Extension of Time was mailed by first-class mail, postage prepaid, to:

George Sepulveda
Pro Se
United States Penitentiary
P.O. Box 1000
Lewisburg, Pennsylvania 17837

[signature]